# United States District Court

Petition Government for the redress of grievance

Grievance: Errors in Government of the United States records causing deprivation of rights.

I, Robert Allen Rytlewski, DoD ID No 1211280006 attest to the following statement.

There are various administrative errors and omissions in official records of the Government of the United States that are adversely effecting my "affiliation and eligibility for benefits" pertaining to my honorable and faithful service in the United State Army.

Administrative errors in my Defense Enrollment Eligibility Reporting System(DEERS) record are keeping me from obtaining the Identification Card mandated by the Geneva Convention that I be in possession of, Pay, other entitlements and privileges owed me under the enlistment contract between the Government of the United States and myself.

  According to Department of Defense Manual: NUMBER 1000.13, Volume 1 (January 23, 2014) ENCLOSURE 2,  ID CARD LIFE-CYCLE PROCEDURES,  "IDENTITY AND ELIGIBILITY VERIFICATION" c. DEERS Verification. "The VO shall utilize DEERS to verify affiliation and eligibility for benefits as described in Volume 2 of this Manual."

It is my belief that utilizing DEERS information the VO should issue me the DD FORM 2S (RET)"Armed Forces of the United States Geneva Conventions Identification Card (Retired) (Blue)" described in APPENDIX 1 TO ENCLOSURE 2 "ID CARD DESCRIPTIONS AND POPULATION ELIGIBILITY CATEGORIES" of Department of Defense Manual: NUMBER 1000.13, Volume 1.

  According to the "MilConnect" website (https://milconnect.dmdc.osd.mil) "Veterans must be in DEERS so they can register for a DS Logon and utilize the eBenefits website."

I am registered for a "DS Logon" but my profile on the VA Website has my name as **"Robert Allen allen Rytlewski;** an incorrect date of birth of 09/01/1958 (should be 09/05/1958), and Service dates that are not the same as those on my "Certificate of Release or Discharge from Active Duty" (DD-214).

**EXHIBIT 1** is a copy of my profile page on the VA website evidencing the errors. I believe these attributes in error are incorporated into my DEERS record and contribute to the disenfranchisement of my entitlements. (Take notice my Given Name is Robert Allen, I do not have a middle name).

  The **"Certificate of Release or Discharge from Active Duty" (DD-214)** I was provided by the United States Army was not executed in accordance with Army Regulations and it contains administrative errors and omissions that contribute to a mistake in my current status with the Government of the United States that adversely effects Pay, entitlements and privileges owed me for my Honorable and Faithful service.  **(EXHIBIT 2)**.

The "Separation Authority" Army Regulation (AR 635-200) listed in Block 25 of the DD-214 mandates the process that must be executed if I was released from the custody and control of the United States Army. The Government of the United States has not provided proof this process was completed.

I never received an administrative separation order required under AR 635-200, nor the Separation Pay authorized by "Separation Code" JBK (Block 26) I am entitled too if I had in actual fact been released from the custody and control of the Army.

I did not sign my DD-214 indicating I was "in absentia" but this error was never corrected by a subsequent document; and as I did not receive a dental exam I could not have been discharged.

It is my belief I was never "discharged" and that the Government of the United States exercised its contractual option to retain me past my end of enlistment date and that in actual fact I am still a member of the United States Army even if that would mean that I am considered "Missing" status.

The ENLISTMENT/REENLISTMENT DOCUMENT, ARMED FORCES OF THE UNITED STATES(DD FORM 4/1,4/2,4/3) states in its Section 9 (5) "Entitled to receive pay, allowances, and other benefits as provided by law and regulation" while enlisted and in Section 10 it is clearly stated that my enlistment can be extended without my consent.

I believe the policies and procedures of the Department of Defense, Department of the Army, and Veterans Affairs are not being followed "by the book" and I am unjustly denied Pay, entitlements, and privileges owed me by my enlistment contract with the Government of the United States.

I believe all Veterans and survivors have similar defects in DEERS and DD-214 records causing them the same style deprivation of rights.

50 USC Ch. 50: SERVICEMEMBERS CIVIL RELIEF,  §4012. Certificates of service; persons reported missing; makes provisions for the Secretary of the Army to provide Certificate by application that would certify my current status.   (EXHIBIT 3)

I ask the Court apply for this Certificate on my behalf and based on the Certificates details the court order my equitable relief in accordance with the details on the Certificate of service.

"I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12 2020.

Signature: *Robert Allen Rytlewski*

Robert Allen Rytlewski, United States Army Veteran
DOD ID No. 1211280006

Official Address: 10955 14 MILE RD NE
ROCKFORD MI 49341-8664

Phone: 616-712-6179
Email: RobbRyder@aol.com

EXHIBIT 1: copy of Petitioner's profile page on the VA website
EXHIBIT 2: Petitioner's most recent "Certificate of Release or Discharge from Active Duty" (DD-214)

Case 1:20-cv-08543-LLS

EXHIBIT 1
s/Robert Allen Rytlewski
Official Address: 10955 14 MILE RD NE
        ROCKFORD MI 49341-8664
Phone: 001-616-712-6179 / Email RobbRyder@aol.com





| | | | |
|---|---|---|---|
| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | H9 | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |

1. NAME (Last, first, middle): RYTLEWSKI, ROBERT ALLEN
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY/RA
3. SOCIAL SECURITY NO.: 374 50 6794
4a. GRADE, RATE OR RANK: SSG
4b. PAY GRADE: E-6
5. DATE OF BIRTH: 580905
6. PLACE OF ENTRY INTO ACTIVE DUTY: DETROIT, MI
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: FACILITY ENGINEER SUPPORT AGENCY (CE)
8. STATION WHERE SEPARATED: FORT BELVOIR, VA
9. COMMAND TO WHICH TRANSFERRED: NA
10. SGLI COVERAGE AMOUNT $ 50,000 [ ] NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years):
52E, PRIME POWER PRODUCTION SPECIALIST 3 YRS, 2 MOS//72E, TELECOM CENTER OPERATOR 5 YRS, 0 MOS//NOTHING FOLLOWS

12. RECORD OF SERVICE:

| | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 83 | 02 | 02 |
| b. Separation Date This Period | 88 | 03 | 16 |
| c. Net Active Service This Period | 05 | 01 | 15 |
| d. Total Prior Active Service | 03 | 00 | 00 |
| e. Total Prior Inactive Service | 01 | 01 | 04 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 85 | 10 | 27 |
| i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service):
ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMY GOOD CONDUCT MEDAL (2 AWARDS)//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed):
NBC, 2 WKS, AUG 83//LEADERSHIP TRAINING, 2 WKS, JUN 83//PRIME POWER PRODUCTION SPECIALIST, 52 WKS, JAN 85//NOTHING FOLLOWS

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: [ ] YES [X] NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: [X] YES [ ] NO
17. DAYS ACCRUED LEAVE PAID:

18. REMARKS: DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION//NOTHING FOLLOWS

EXHIBIT 2
s/Robert Allen Rytlewski
Official Address: 10955 14 MILE RD NE
  ROCKFORD MI 49341-8664
Phone: 001-616-712-6179 / Email RobbRyder@aol.com

22 MAR 2020

19. MAILING ADDRESS AFTER SEPARATION: 1423 W MIDLAND RD, AUBURN, MI 48611
20. MEMBER REQUESTS COPY 6 BE SENT TO: MI DIR. OF VET AFFAIRS [X] YES [ ] NO
21. SIGNATURE OF MEMBER BEING SEPARATED: MEMBER UNAVAILABLE FOR SIGNATURE
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: ROBERTO KREMER, DEPUTY ADJUTANT GENERAL

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: DISCHARGE
24. CHARACTER OF SERVICE (Includes upgrades): HONORABLE
25. SEPARATION AUTHORITY: AR 635-200, CHAP 4
26. SEPARATION CODE: JBK
27. REENLISTMENT CODE: RE-1A
28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4 ___ INITIALS

SERVICE - 2

### CODIFICATION

Section was formerly classified to section 581 of the former Appendix to this title prior to editorial reclassification and renumbering as this section.

### PRIOR PROVISIONS

A prior section 601 of act Oct. 17, 1940, ch. 888, art. VI, 54 Stat. 1190; Jan. 20, 1942, ch. 10, §§1, 2, 56 Stat. 10; Pub. L. 102–12, §9(26), Mar. 18, 1991, 105 Stat. 41, related to certificates of service and persons reported missing, prior to the general amendment of this Act by Pub. L. 108–189. See section 4012 of this title.

Provisions similar to this section were contained in section 600 of act Oct. 17, 1940, ch. 888, art. VI, 54 Stat. 1190; Pub. L. 102–12, §9(25), Mar. 18, 1991, 105 Stat. 41, prior to the general amendment of this Act by Pub. L. 108–189.

### EFFECTIVE DATE

Section applicable to any case not final before Dec. 19, 2003, see section 3 of Pub. L. 108–189, set out as a note under section 3901 of this title.

## §4012. Certificates of service; persons reported missing

**(a) Prima facie evidence**

In any proceeding under this chapter, a certificate signed by the Secretary concerned is prima facie evidence as to any of the following facts stated in the certificate:

(1) That a person named is, is not, has been, or has not been in military service.
(2) The time and the place the person entered military service.
(3) The person's residence at the time the person entered military service.
(4) The rank, branch, and unit of military service of the person upon entry.
(5) The inclusive dates of the person's military service.
(6) The monthly pay received by the person at the date of the certificate's issuance.
(7) The time and place of the person's termination of or release from military service, or the person's death during military service.

EXHIBIT 3
s/Robert Allen Rytlewski
Official Address: 10955 14 MILE RD NE
                          ROCKFORD MI 49341-8664
Phone: 001-616-712-6179 / Email RobbRyder@aol.com

**(b) Certificates**

The Secretary concerned shall furnish a certificate under subsection (a) upon receipt of an application for such a certificate. A certificate appearing to be signed by the Secretary concerned is prima facie evidence of its contents and of the signer's authority to issue it.

**(c) Treatment of servicemembers in missing status**

A servicemember who has been reported missing is presumed to continue in service until accounted for. A requirement under this chapter that begins or ends with the death of a servicemember does not begin or end until the servicemember's death is reported to, or determined by, the Secretary concerned or by a court of competent jurisdiction.

(Oct. 17, 1940, ch. 888, title VI, §602, as added Pub. L. 108–189, §1, Dec. 19, 2003, 117 Stat. 2859.)

### CODIFICATION

Section was formerly classified to section 582 of the former Appendix to this title prior to editorial reclassification and renumbering as this section.

### PRIOR PROVISIONS

A prior section 602 of act Oct. 17, 1940, ch. 888, art. VI, 54 Stat. 1191, related to revocation of interlocutory orders, prior to the general amendment of this Act by Pub. L. 108–189. See section 4013 of this title.