UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT ALLEN RYTLEWSKI,<br><br>         Plaintiff,<br><br>  -against-<br><br>GOVERNMENT OF THE UNITED STATES,<br><br>         Defendant. | 20-CV-8543 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  On November 9, 2020, the Court held that Plaintiff's status as a veteran does not exempt him from the obligation to pay the filing fees for this action. The Court further directed Plaintiff, within thirty days, to pay the $400.00 in fees required to file a civil action in this Court or submit a completed request to proceed *in forma pauperis* (IFP application). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees or filed an IFP application. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. All other pending matters in this case are terminated.[1]

SO ORDERED.

Dated: February 26, 2021
     New York, New York

                           _Louis L. Stanton_
                            Louis L. Stanton
                              U.S.D.J.

---

[1] Plaintiff has consented to electronic service. (ECF No. 3.)