UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT ALLEN RYTLEWSKI,

                             Plaintiff,

           -against-

GOVERNMENT OF THE UNITED STATES,

                            Defendant.

20-CV-8543 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in filing fees or submit a completed request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 1, 2021
            New York, New York

                                                    Louis L. Stanton
                                                       U.S.D.J.